IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROSCHELL H. BROOKE                                                            PLAINTIFF

V.                                          NO.  11-3028

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                              DEFENDANT

<u>JUDGMENT</u>

For the reason stated in the memorandum opinion of this date, the decision of the

Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The**

**parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.


IT IS SO ORDERED this July 18, 2012.


*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge


+