IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROSCHELL H. BROOKE                                                                PLAINTIFF

V.                                         NO.  11-3028

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                    DEFENDANT

<u>JUDGMENT</u>

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.


IT IS SO ORDERED this July 18, 2012.


<u>   /s/ J. Marschewski                    </u>
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge


+